UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Nicole Brown v. Bayer Corporation, et al.* | No. 10-cv-20287-DRH |
| *Joy Cataldo, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11903-DRH |
| *Yonnette Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10008-DRH |
| *Stacia Mathias v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13293-DRH |
| *Lisa Nelson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10837-DRH |
| *Cassandra Perron, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11782-DRH |
| *Barbara Stump, individually and on behalf of the Estate of Heather Stump, deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12501-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 5, 2016, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**


BY:   /s/*Caitlin Fischer*
        **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.01.07
20:55:55 -06'00'

APPROVED:

      DISTRICT JUDGE
      U. S. DISTRICT COURT